**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-118 PA (JWJx) •<br>CV 08-143 PA (JWJx) | Date | January 24, 2008 |
|---|---|---|---|
| Title | Robert Oberstar, et al. v. CBS Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| C. Kevin Reddick | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

      The Court is in receipt of the Notices of Removal filed by defendants Viad Corp. (case number CV 08-118 PA (JWJx)) and General Electric Co. (case number CV 08-1143 PA JWJx)). The two case numbers assigned by the Central District refer to the same case originally filed by plaintiffs in Los Angeles Superior Court. The Court therefore consolidates the two actions into CV 08-118 PA (JWJx). The Court dismisses CV 08-143 PA (JWJx). All future filings should reference only CV 08-118 PA (JWJx).

      Plaintiffs and defendants have indicated that this matter, involving claims arising out of exposure to asbestos, is a potential "tag-along action" to Multidistrict Litigation Number 875 currently pending in the Eastern District of Pennsylvania. According to the Court's review, a number of other asbestos cases have been removed to the Central District prior to being transferred to the Eastern District of Pennsylvania as tag-along cases to MDL 875, including <u>Appleton-Hultz v. Amcord Inc., et al.</u>, CV 07-2241 R (JTLx).

      Based on the apparent relationship between this action and the earlier case transferred to MDL 875, the parties are ordered to show cause why they should not file a Notice of Related Case as required by Local Rule 83-1.3, indicating that this action is related to CV 07-2241 R (JTLx) or any other similar action. The parties' responses to the order to show cause shall be filed no later than February 1, 2008. The filing of a Notice of Related Case shall be deemed a response to the order to show cause.

      IT IS SO ORDERED.

                                                                                                                                                                              : _____

                                                                         Initials of Preparer

cc: